IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 3:11-cv-01027 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Bryant |
| JOE NATHAN SCOTT, JOE SCOTT d/b/a SCOTT'S MULTI-PURPOSE BUILDING, and CHARLES MARTIN, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' Motion to Allow and Consider Defendants' Sur-Reply ("Motion") (Doc. No. 51), filed along with a Proposed Sur-Reply in Opposition to Motion for Summary Judgment (Doc. No. 51-1). Plaintiffs have filed a Response in Opposition to the Motion. (Doc. No. 55). In support of the Motion, Defendants state that the sur-reply "clears up alleged evidentiary issues" and may assist the Court in deciding the pending Motion for Summary Judgment (Doc. No. 35) in this matter. (Doc. No. 51.) The Court finds Defendants' request to be reasonable and therefore the Motion is **GRANTED**. The Court will consider the Proposed Sur-Reply (Doc. No. 51-1) when ruling on Plaintiff's Motion for Summary Judgment (Doc No. 35).

It is so ORDERED.

Entered this the 17th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT